FILED: December 21, 2023

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-2299**

───────────────

In Re: LISA ANNE BURTON; JAMES BURTON,

        Petitioners.

───────────────

**Opinion and Order Denying
Petition for Writ of Mandamus**

───────────────

Having carefully assessed the pending Petition for Writ of Mandamus and the submissions of the Petitioners and the Respondents with respect thereto, we hereby deny the Petition. In support of our denial ruling, we are satisfied to adopt the thorough and well-crafted "Memorandum Opinion and Order" filed in that regard by the district court on December 6, 2023. *See United States v. Rowland*, No. 23-CR-207-1 (M.D.N.C. Dec. 6, 2023), ECF. No. 37. This "Opinion and Order Denying Petition for Writ of Mandamus" is filed pursuant to and to satisfy the mandate of § 3771(d)(3) of Title 18.

Entered at the direction of Judge King with the concurrences of Judge Gregory and Judge Benjamin.

It is so ORDERED:

                    For the Court

                    /s/ Nwamaka Anowi, Clerk